THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNA L. DRAINA,                          :
                                          :
          Plaintiff                       :
                                          :         3:12-CV-00841
     vs.                                  :
                                          :         (Judge MARIANI)
CAROLYN W. COLVIN, ACTING                 :
COMMISSIONER OF SOCIAL                    :
SECURITY,                                 :
                                          :
          Defendant                       :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

          1. The Clerk of Court shall enter judgment in favor of the Commissioner

and against Donna L. Draina as set forth in the following paragraph.

          2. The decision of the Commissioner of Social Security denying Donna L.

Draina disability insurance benefits is affirmed.

          3. The Clerk of Court shall close this case.

_____
Robert D. Mariani
United States District Judge


Date: December 30, 2013